

**64**

2013-A

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

HB 20-th 47th
Leg
Overruled by... 0-3440

Honorable Tom A. Craven
County Auditor
McLennan County
Waco, Texas

Dear Sir:

Opinion No. 0-2013-A - Reconsideration
Re: Authority of McLennan County to
participate in the U. S. Government
Plan of surplus commodities distribu-
tion.

This will acknowledge receipt of your letter of
April 11, 1940 in which you request a reconsideration of our
opinion No. 0-2013, approved March 12, 1940.

We wish to thank you for furnishing us the splendid
brief prepared by Judge D. Y. McDaniel upon this subject.

We have carefully considered our prior opinion in
the light of the argument and authorities contained in such
brief but we are, nevertheless, constrained to view such
opinion as a correct disposition of the questions therein
presented.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Lloyd Armstrong
Lloyd Armstrong
Assistant

LA:AW

APPROVED JUN 27, 1940

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

THIS OPINION
CONSIDERED AND
APPROVED IN
LIMITED
CONFERENCE